

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Transworld Holdings PPC | ) | Case No: 16 C 6907 |
| | ) | |
| v. | ) | |
| | ) | Judge: Thomas M. Durkin, |
| | ) | Emergency Judge |
| Kenneth Mages and Alan J. Morgan | ) ) | |

## ORDER

Enter Ex Parte Temporary Restraining Order. Plaintiff's motion for an ex parte temporary restraining order is granted and effective immediately. [11] A status hearing on plaintiff's motion for preliminary injunction will be conducted before Judge Virginia M. Kendall in courtroom 2319 on Monday, July 11, 2016 at 9:00 a.m, or any other time set by Judge Kendall.

Date:  7/8/2016 at 8:15 p.m.                                    /s/ Thomas M. Durkin